UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

|  |  |
|---|---|
| IVAN RIZO, | ) CASE NO. ED CV03-00884-JAK(AJW) |
|  | ) |
| Petitioner, | ) JUDGMENT |
|  | ) |
| v. | ) |
|  | ) |
| JOSIE GASTELO, Warden, | ) |
|  | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 28, 2017

_____
John A. Kronstadt
United States District Judge

1